GRIEVANCE COMMITTEE, HARTFORD-NEW BRITAIN
JUDICIAL DISTRICT *v.* ALEXANDER GOLDFARB

The defendant's petition for certification for appeal from the Appellate Court, 9 Conn. App. 464, is denied.

*Joseph F. Skelley, Jr.,* and *Deborah S. Freeman,* in support of the petition.

*William F. Gallagher,* in opposition.

Decided February 24, 1987

STATE OF CONNECTICUT *v.* VANCE WRIGHT

The defendant's petition for certification for appeal from the Appellate Court, 9 Conn. App. 275, is denied.

*Louis S. Avitabile,* in support of the petition.

Decided February 24, 1987

IN RE ADRIEN C.

The petitioner's petition for certification for appeal from the Appellate Court, 9 Conn. App. 506, is denied.

*Lynn B. Cochrane* and *Noreen A. Shugrue,* in support of the petition.

*Patricia J. Pac* and *Judith Merrill Earl,* assistant attorneys general, in opposition.

Decided February 24, 1987

CITY OF BRIDGEPORT *v.* PETER NIEDZWIECKI

The defendant's petitions for certification for appeal from the Appellate Court, 9 Conn. App. 807, are denied.

*Peter Niedzwiecki,* pro se, in support of the petitions.

Decided February 24, 1987